## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAZZEO UNUM,** | : |
| Plaintiff | : |
| | :     **CIVIL ACTION NO. 3:14-1754** |
| v. | : |
| |     **(Mannion, D.J.)** |
| **U.S. DEPT. OF JUSTICE,** *et al.*, | :     **(Carlson, M.J)** |
| | : |
| Defendants | |
| | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Carlson, (Doc. 5), is **ADOPTED IN ITS ENTIRETY**. Plaintiff's complaint is **DISMISSED**. Leave to amend is **DENIED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 2, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1754-01-order.wpd